# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
KPH Construction Corp. ) ASBCA Nos. 58016, 58017
)
Under Contract No. W912J2-10-C-0002 )

APPEARANCE FOR THE APPELLANT: Jullane J. Jackson, Esq.
Attorney at Law
Cedarburg, WI

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ James P. Leary, JA
CPT Bernal Rodriguez, JA
Brian E. Bentley, Esq.
Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 16 December 2014

*Michael T. Paul*

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58016, 58017, Appeals of KPH Construction Corp., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals